# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### ON MOTION FOR REHEARING

### NO.  03-25-00703-CV
### NO.  03-26-00084-CV

**Mohammad Reza Assadi, Appellant**

**v.**

**Amir Batoei, Family AB Austin Feb 5, LP; and Lee AB Land, LLC, Appellees**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-007501, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

We withdraw our opinion and judgment dated February 27, 2026, on our own motion and substitute the following opinion and judgment in their place.  Appellant's motion for rehearing is dismissed as moot.

Mohammad Reza Assadi, acting pro se, filed an untimely January 23, 2026 notice of appeal in cause number 03-26-00084 from the trial court's October 27, 2025 final judgment, which was dismissed for want of jurisdiction.  Assadi also filed a premature appeal in cause number 03-25-00703-CV from the trial court's August 4, 2025 interlocutory order, which became

final and merged into the October 27, 2025 judgment when it was signed. *See* Tex. R. App. P. 27.1 ("In a civil case, a prematurely filed notice of appeal is effective and deemed filed on the day of, but after, the event that begins the period for perfecting the appeal.").

Thus, we reinstate the appeal in cause number 03-26-00084-CV and consolidate these appeals. The record and all filings from cause number 03-25-00703-CV are consolidated into cause number 03-26-00084-CV. The consolidated appeal will proceed under cause number 03-26-00084-CV, and cause number 03-25-00703-CV is dismissed. Appellant's brief in the consolidated cause number 03-26-00084-CV is due April 24, 2026, and appellee's brief is due May 26, 2026.

Before Chief Justice Byrne, Justices Theofanis and Crump

03-25-00703-CV Dismissed on Motion for Rehearing

03-26-00084-CV Consolidated on Motion for Rehearing

Filed: March 25, 2026